IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Billy Raynor Smith, )
              Plaintiff )
)
vs. ) Case No. 08-1203-D
)
BNSF Railway Co., )
              Defendant ) January 2010 TRIAL DOCKET

## SCHEDULING ORDER

Date 3-4-09    Judge Timothy D. DeGiusti    Clerk Mike Bailey

Appearing for Plaintiff Tom Wright

Appearing for Defendant Laura Eakens

☒ JURY TRIAL DEMANDED  -  ☐ NON-JURY TRIAL

### THE FOLLOWING DEADLINES ARE SET BY THE COURT

1. Motions to join additional parties to be filed by **within 15 days of this order**.

2. Motions to amend pleadings to be filed by **within 15 days of this order**.

3. Plaintiff to **file a final** list of **expert witness(es) in chief and expert reports** by September 21, 2009 .*
Defendant to file a **final** list of **expert witness(es) in chief and expert reports** to plaintiff October 5, 2009 days thereafter.*

4. Plaintiff to file a **final** list of **witnesses**, together with addresses and brief summary of expected testimony where a witness has not already been deposed, by October 5, 2009 .* Defendant to file a **final** list of **witnesses** (as described above) **ten (10) days thereafter**.*

5. Plaintiff to file a **final exhibit** list by October 5, 2009 .* Defendant to file objections to plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by **within 11 days** .

Defendant to file a **final exhibit** list 10 days thereafter.* Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26 (a)(3)(B) by **within 11 days** .

*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.

6. Discovery to be completed by December 4, 2009 .

7. All dispositive and *Daubert* motions to be filed by <u>November 6, 2009</u>.

If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. Trial docket <u>January 11, 2010</u> **

   **Trial dockets generally begin the second Monday of each month. However, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

   The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by <u>December 4, 2009</u>. Objections and counter-designations to be filed by <u>5 days thereafter</u>. Objections to counter-designations to be filed by <u>5 days thereafter</u>.

10. Motions in limine to be filed by <u>December 4, 2009</u>.

11. Requested voir dire to be filed by <u>December 4, 2009</u>.

12. Trial briefs (optional unless otherwise ordered) to be filed by <u>December 4, 2009</u>.

13. Requested jury instructions to be filed on or before <u>December 4, 2009</u>.***

14. Proposed findings and conclusions of law to be filed not later than <u>December 4, 2009</u>.***

   ***In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in WordPerfect format to the Clerk via the Court's designated mail box: degiusti-orders@okwd.uscourts.gov.***

15. Any objection or responses to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within **eleven (11) days** thereafter.

16. The Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (*see* Appendix IV), together with **a proposed order approving the report**, to be submitted to the Court by <u>December 4, 2009</u>.

17. This case is referred to ADR:

☐ by agreement of the parties, with the approval of the Court:
☐ by Order of the Court:

☐ Mediation
☐ Judicial Settlement Conference
☐ Other _____

If the case is referred to mediation, early neutral evaluation, or some other form of private ADR, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than _____.

18. **Except as otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, not later than ten (10) days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall contain a certification by counsel that the parties have been advised of the motion and approve its filing. The motion shall further describe in detail the settlement efforts made and dispute resolution techniques previously used in the case.**

19. ☐ The parties consent to trial by a Magistrate Judge.

20. Initial disclosures pursuant to Fed. R. Civ. P. 26 have been made ☐; are excused ☐; or ☐ shall be made not later than _____.

21. Other: <u>Objections to exhibits must be shown in the Final Pretrial Report or may be deemed waived</u>

Dated this _4th_ day of _March_, 2009.

BY ORDER OF THE COURT
ROBERT D. DENNIS, CLERK OF COURT

By: _____
Deputy Clerk

Copies to all parties